IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-03516-MSK
Criminal Action No. 12-cr-00290-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    PIERRE ROSARIO-MOORE,

       Defendant.

_____

## SECOND ORDER DIRECTING UNITED STATES ATTORNEY TO FILE ANSWER
_____

On January 2, 2014, the Court entered an order (ECF No. 35) directing the United States Attorney on or before March 3, 2014, to file an answer or other pleading directed to the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 33). To date, the United States Attorney has failed to file an answer or otherwise respond. Accordingly, it is now

ORDERED that the United States Attorney on or before April 11, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated this 10th day of March, 2014.

                            **BY THE COURT:**

                            *[signature]*

                            Marcia S. Krieger
                            Chief United States District Judge