IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00290-MSK
Civil Action No. 13-cv-03516-MSK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. PIERRE ROSARIO-MOORE,

 Defendant.

## FINAL JUDGMENT

 Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by Chief Judge Marcia S. Krieger on April 15, 2015, the following Final Judgment is hereby entered.

 It is ORDERED that Defendant's Petition to Vacate Under 28 U.S.C. § 2255 (#33) is DENIED.  It is further

 ORDERED that the corresponding civil action is closed.

 Dated at Denver, Colorado this ___17th___ day of April, 2015.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK


        By: s/ Patricia Glover
          Deputy Clerk